P.S. v Beck
2026 NY Slip Op 03648
June 9, 2026
Appellate Division, First Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

P.S., Plaintiff-Appellant,
v
Fernand Beck, Defendant, The New York Province of the Society of Jesus et al., Defendants-Respondents.

Decided and Entered: June 09, 2026
Index No. 70046/19|Appeal No. 6368|Case No. 2025-02844|
Before: Webber, J.P., Gesmer, Mendez, Pitt-Burke, Hagler, JJ.
[*1]
An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, Bronx County (Sabrina Kraus, J.), entered on or about February 27, 2025,
And said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated May 18, 2026,
It is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: June 9, 2026